IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:15-CR-888-JMC |
| | ) | |
| v. | ) | NOTICE TO COURT |
| | ) | Fed.R.Crim. P.32.2(c)(2) |
| PHILLIP THOMPSON, ET AL | ) | |

NOW COMES the United States and represents as follows:

WHEREAS, on May 25, 2017 and January 30, 2018, this Court entered Preliminary Orders of Forfeiture as to the Defendants, PHILLIP THOMPSON AND AARON VENNEFRON, ordering the Defendants to forfeit their interest in the following property:

<u>Art Work/Collection</u>:

(a)   Miscellaneous coins and currency
      Asset ID No.:  16-ENE-000002

WHEREAS, the United States caused to be published on an official government internet website (www.forfeiture.gov), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning May 29, 2017, and ending June 27, 2017, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Orders of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed and the time to file such claims has passed; and

WHEREAS, the Preliminary Orders of Forfeiture provides that they will become the Final Orders of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Preliminary Orders of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

                SHERRI A. LYDON
                UNITED STATES ATTORNEY

BY:    s/Carrie Fisher Sherard
        CARRIE FISHER SHERARD (Fed. ID. #10134)
        Assistant United States Attorney
        Attorney for the United States
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601
        (864) 282-2100 (Telephone)
        November 7, 2018